IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAWN WILSON AND THOMAS WILSON                                    PLAINTIFFS

VS.                         CASE NO. 4:09CV0343 JMM

WYETH, ET AL.                                                     DEFENDANTS

**ORDER**

Currently before the Court is Plaintiffs' Motion to Dismiss Without Prejudice their claims against Defendants Sherwood Family Medical Center, P.A., and Donald Laurenzana, M.D. (#10). There is no opposition to the Motion.

Upon due consideration, the Motion is GRANTED and all claims against Sherwood Family Medical Center, P.A., and Donald Laurenzana, M.D. are hereby dismissed WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party is to bear its own costs and fees. Should the complaint be re-filed, the Court will consider requiring the Claimant to compensate the Respondent for any duplicative costs and attorney's fees incurred.

IT IS SO ORDERED this __31__ day of August, 2009.

_____
James M. Moody
United States District Judge