IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAWN WILSON, ET AL.                                                                          PLAINTIFFS

V.                              CASE NO. 4:09CV00343 JMM

WYETH, ET AL.                                                                                DEFENDANTS

## *ORDER*

Defendant's *Pro Hac Vice* Motion for Admission of Stephen E. Oertle is granted (#19). For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Stephen E. Oertle is are hereby permitted to appear and participate in this action as counsel for defendant. Lyn P. Pruitt is designated as local counsel pursuant to Local Rule 83.5(d).

IT IS SO ORDERED this  22  day of February, 2010.

_____
James M. Moody
United States District Judge