**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN   DIVISION**


DAWN WILSON, ET AL.                                           PLAINTIFFS


V.                         CASE NO. 4:09CV00343  JMM


WYETH, ET AL.                                              DEFENDANTS


### *ORDER*

Defendants' *Pro Hac Vice* Motion for Admission of Andrew C. Efaw  is granted (#33).

For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District

Court for the Eastern and Western Districts of Arkansas, Andrew C. Efaw is hereby permitted to

appear and participate in this action as counsel for defendants.  Lyn P. Pruitt is designated as

local counsel pursuant to Local Rule 83.5(d).

IT IS SO ORDERED this __8__ day of December, 2010.


_____
James M. Moody
United States District Judge