IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAWN WILSON, ET AL.**                                                                                                   **PLAINTIFFS**

**V.**                              **CASE NO. 4:09CV00343 JMM**

**WYETH, ET AL.**                                                                                                          **DEFENDANTS**

*ORDER*

Defendants' *Pro Hac Vice* Motion for Admission of Sean G. Saxon is granted (#33). For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Sean G. Saxon is hereby permitted to appear and participate in this action as counsel for defendants. Lyn P. Pruitt is designated as local counsel pursuant to Local Rule 83.5(d).

IT IS SO ORDERED this __8__ day of December, 2010.

_____
James M. Moody
United States District Judge