IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAWN WILSON AND THOMAS WILSON**                                            **PLAINTIFFS**

**V.**                                **CASE NO. 4:09CV00343 JMM**

**WYETH, ET AL.**                                                            **DEFENDANTS**

## ORDER

For good cause shown and pursuant to Rule 30(c)(2), Defendants Wyeth and Wyeth Pharmaceutical, Inc.'s Motion to Compel and For Sanctions is granted (#38).

There is no evidence or Rule of Civil Procedure warranting Plaintiff's counsel's instructing Thomas Wilson's not to answer questions concerning Wilson's criminal history during his deposition. Wilson is Ordered to appear for a second deposition and answer all questions not involving any privilege, including questions regarding his criminal history. Plaintiff's counsel is also advised to refrain from making speaking objections.

Defendants Wyeth and Wyeth Pharmaceutical, Inc., are awarded fees and cost of bringing this Motion to Compel and For Sanctions, and for the cost of reconvening Thomas Wilson's deposition.

IT IS SO ORDERED THIS   1   day of   March  , 2011.

_____
James M. Moody
United States District Judge