IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAWN WILSON AND THOMAS WILSON**                                               **PLAINTIFFS**

**V.**                              **CASE NO. 4:09CV0343 JMM**

**WYETH, ET AL.**                                                                **DEFENDANTS**

### ORDER

The Court having been advised that this case has settled and that the parties are in the process of finalizing the settlement documents will stay all pending pre-trial deadlines for 15 days from the date of this Order to allow the parties time to complete the settlement. The parties are directed to file a status report within 15 days of this Order.

IT IS SO ORDERED THIS   21   day of   April  , 2011.


_____
James M. Moody
United States District Judge