# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DAWN WILSON AND THOMAS WILSON**                                                  **PLAINTIFFS**

**VS.**                            **CASE NO. 4:09CV00343 JMM**

**WYETH, ET AL.**                                                                  **DEFENDANTS**

## ORDER

Having been notified that a settlement has been reached in this matter, all pre-trial deadlines are extended for 30 days from the date of this Order to allow the parties time to complete the settlement.

In addition, the parties are directed to file a status report within 30 days from the date of this Order.

IT IS SO ORDERED this __9__ day of __May__, 2011.

_____
James M. Moody
United States District Judge