**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DAWN WILSON AND THOMAS WILSON**                               **PLAINTIFFS**

**VS.**                  **CASE NO. 4:09CV00343 JMM**

**WYETH, ET AL.**                                                            **DEFENDANTS**

## ORDER OF DISMISSAL

The parties having filed a Stipulation for Dismissal, the Court finds that this case should be dismissed with prejudice.

The complaint and all claims in this action are hereby dismissed with prejudice.

IT IS SO ORDERED this   7   day of   June  , 2010.

_____
James M. Moody
United States District Judge